to the plaintiff the commission of a crime. In the ordinary acceptation of the language, a person could reasonably doubt its alleged signification; for a married woman may go out nights with other men without justly subjecting herself to the charge of unchastity or adultery. It follows that the order appealed from must be reversed. It is not a case where judgment absolute should be entered for the defendant, for the plaintiff may be able to satisfy the trial court that she ought to be permitted to amend her complaint.

Order reversed, and a new trial granted.

---

MIDWAY COMPANY v. FRANK W. EATON and Others.[1]

May 16, 1900.

Nos. 11,980—(150).

**Public Land—Location of Half-Breed Scrip—Secretary of the Interior.**
By virtue of the act of congress of July 17, 1854 (10 St. 304), there was issued to one Orillie Moreau, a mixed blood of the Sioux nation, five pieces of what is known as "half-breed scrip"; one of these pieces, for 160 acres, being described as "No. 19 D." This piece was located June 16, 1883, on unsurveyed lands in the Duluth district by one Eaton, who held a power of attorney executed and delivered by the recipient of the scrip and her husband,—she having married a man named Stram in the meantime,—which power authorized Eaton to locate the scrip, and to do all acts necessary to secure a permanent and bona fide location thereof. After the land was surveyed, and on July 21, 1885, the location was adjusted at the local office to governmental subdivisions on the application of the attorney in fact. In a contest instituted by one Hyde, who

[1]MIDWAY COMPANY v. FRANK W. EATON and Others.

May 16, 1900.

Nos. 12,016—213.

PER CURIAM.
All questions involved in this case are disposed of in the opinion filed in Midway Company v. Eaton.

Judgment affirmed.